IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIM. NO. 7:22-CR-42 |
| vs. : | |
| : | |
| DENWOOD LAWTON, JR., : | |
| : | |
| Defendant : | |
| : | |

## PROTECTIVE ORDER

Before the Court is the Government's Unopposed Motion for Protective Order filed on October 31, 2022. The Government stated in its Motion that the Defendant does not oppose the Motion.

Pursuant to Rule 16(d), Federal Rules of Criminal Procedure, for the reasons set forth in the Motion, the Court finds good cause for the entry of a protective order because the pictures referenced in the Motion are deemed "law enforcement sensitive", and dissemination to individuals outside the defense team would be improper. Accordingly, the Court grants the Motion and it is HEREBY ORDERED as follows:

1. This Protective Order shall govern the pictures posted online by the undercover agent and those provided to the Defendant by the undercover agent that are referenced in the Motion.

2. The Government shall provide copies of the pictures to defense counsel in compliance with its discovery obligations under Rule 16, Federal Rule of Criminal Procedure, and any other controlling statutory and case law as well as any and all court orders in this matter.

3. The members of the defense team may show and review the pictures with the Defendant. The members of the defense team are prohibited from providing the pictures to the Defendant to keep and maintain in his sole possession, and further shall not disseminate the pictures to any other persons.

4. The Defendant may not disseminate the pictures to any other person.

5. If any of the pictures are filed with the Court or admitted into evidence in connection with pretrial motions, trial, sentencing, or other matter before this Court, they shall be filed under seal and shall remain sealed until otherwise ordered by this Court. This does not require either party to seal all their filings as a matter of course, and the parties are required to comply in all respects to the rules pertaining to the sealing of court documents.

6. The provisions of this protective order shall not terminate at the conclusion of the prosecution of this case.

7. All pictures provided to the defense by the Government that are protected by this Order, and any copies thereof, shall be returned to the United States Attorney's Office within ten (10) days of the completion of the case before this Court or, if an appeal is taken, within ten (10) days of the completion of the case in the United States Court of Appeals for the Eleventh Circuit or Supreme Court of the United States. As an alternative to returning the pictures and all copies thereof, defense counsel may certify to the Government that all pictures and copies thereof have been destroyed.

SO ORDERED, this 2nd day of November, 2022.

                                                s/Hugh Lawson
                                                HUGH LAWSON
                                                SENIOR DISTRICT JUDGE

Prepared by:

*/s/ Melody Z. Ellis*_____
MELODY Z. ELLIS
Assistant United States Attorney
GA Bar Number 246156
United States Attorney's Office
Middle District of Georgia
201 W. Broad Ave.
Albany, Georgia 31701
Telephone: (229) 430-7754
Fax:  (229) 430-7766
Email: Melody.ellis@usdoj.gov