# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIM. NO. 7:22-CR-42 |
| vs. : | |
| : | |
| DENWOOD LAWTON, JR., : | |
| : | |
| Defendant : | |
| : | |

## ORDER DISMISSING INDICTMENT

Before the Court is the Government's Motion for Dismissal of Indictment. The Government states in the motion that it has determined, based upon changed circumstances, that the interests of justice are better served by dismissing the federal Indictment and leaving the decision of whether the matter should be pursued to authorities at the state level.

The Court, having reviewed the motion, finds good cause exists to grant the Government's motion. Accordingly, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court hereby orders that the Indictment is DISMISSED WITHOUT PREJUDICE.

SO ORDERED, this  7th  day of  July , 2023.

s/Hugh Lawson
HUGH LAWSON
SENIOR DISTRICT JUDGE

Prepared by:

*/s/ Melody Z. Ellis*
MELODY Z. ELLIS
Assistant United States Attorney
GA Bar Number 246156
United States Attorney's Office
Middle District of Georgia
201 W. Broad Ave.
Albany, Georgia 31701
Telephone: (229) 430-7754
Fax:  (229) 430-7766
Email: Melody.ellis@usdoj.gov